

# CT Corporation

**Service of Process Transmittal**
08/12/2021
CT Log Number 540069040

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Illinois

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Conrad Rita, Pltf. vs. Walmart Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summonses, Attachment(s), Complaint, Affidavit |
| **COURT/AGENCY:** | Vermilion County Circuit Court, IL<br>Case # 2021L000033 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 09/27/2019, at 4101 North Vermilion Street, Danville, Illinois |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/12/2021 at 03:08 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Gary J. Stokes<br>200 North Gilbert<br>Danville, IL 61832<br>217-431-2503 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/12/2021, Expected Purge Date: 08/17/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

| Date: | Thu, Aug 12, 2021 |
| Server Name: | Sheriff Drop |

| Entity Served | WALMART INC. |
|---|---|
| Case Number | 2021L000033 |
| Jurisdiction | IL |





## CIRCUIT COURT OF ILLINOIS
### Fifth Judicial Circuit
### Vermilion County, Illinois



Rita Conrad
Petitioner(s)

vs.

Walmart, Inc.
Respondent(s)

Case No: 2021 L 000033

Respondent's last known address:
Address: 208 SO Lasalle St., Suite 814
City/State/Zip: Chicago, IL 60604

## SUMMONS
(30 Days)

To the Respondent:

You are summoned and required to file a written answer or other pleading at the Vermilion County Courthouse in the office of the Clerk of the Circuit Court, 7 N Vermilion St, Danville, Illinois, within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**Attention:** E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp

To the Officer:

This Summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date.

July 27th, 2021

By: _____
Clerk of the Circuit Court

Name and Address of Petitioner's
Attorney or Petitioner (If not represented by an attorney)
Name: Gary J. Stokes
Attorney for: Rita Conrad
Address: 200 N. Gilbert St.
City/State/Zip: Danville, IL 61832
Telephone: 217-431-2503

NOTE: The filing of an appearance or answer with the Clerk of the Circuit Court requires a statutory filing fee payable at the time of filing.

Date of Service: _____, 20____.
(To be inserted by Officer on copy left with Respondent or other person)

**Melissa Quick**
Clerk of the Fifth Judicial Circuit Court
7 N Vermilion
Danville, IL 61832



# CIRCUIT COURT OF ILLINOIS
## Fifth Judicial Circuit
## Vermilion County, Illinois

__Rita Conrad__
Petitioner(s)

vs.

__Walmart, Inc.__
Respondent(s)

Case No: __2021 L 000033__

Respondent's last known address:
Address: __208 SO Lasalle St., Suite 814__
City/State/Zip: __Chicago, IL 60604__

# SUMMONS
(30 Days)

To the Respondent:

You are summoned and required to file a written answer or other pleading at the Vermilion County Courthouse in the office of the Clerk of the Circuit Court, 7 N Vermilion St, Danville, Illinois, within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**Attention:** E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp

To the Officer:

This Summons must be returned by the Officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed.

This Summons may not be served later than 30 days after its date.

__July 27th__, 20__21__

By: __Chelby Hall__
Clerk of the Circuit Court

Name and Address of Petitioner's
Attorney or Petitioner (if not represented by an attorney):
Name: __Gary J. Stokes__
Attorney for: __Rita Conrad__
Address: __200 N. Gilbert St.__
City/State/Zip: __Danville, IL 61832__
Telephone: __217-431-2503__

NOTE: The filing of an appearance or answer with the Clerk of the Circuit Court requires a statutory filing fee payable at the time of filing.

Date of Service: _____, 20____.
(To be inserted by Officer on copy left with Respondent or other person)

**Melissa Quick**
Clerk of the Fifth Judicial Circuit Court
7 N Vermilion
Danville, IL 61832

```
DIE DATE
08/26/2021

DOC.TYPE:    SUMMONS
CASE NUMBER: 2021L000033
DEFENDANT
WALMART, INC
208 S LASALLE ST
CHICAGO, IL 60604
SUITE 814

SERVICE INF

ATTACHED
```

EFILED
7/22/2021 10:59 AM
Melissa Quick
Clerk of the Circuit Court
Vermilion County, Illinois
CH, Deputy Clerk

IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT
VERMILION COUNTY, DANVILLE, ILLINOIS

| | |
|---|---|
| Rita Conrad, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2021L 000033 |
| ) | |
| Walmart Inc., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff, Rita Conrad, by her attorney, Gary J. Stokes, and complaining of Defendant, Walmart Inc., alleges as follows:

1. On September 27, 2019, and for a long time prior thereto, the Defendant, Walmart Inc., a corporation, was engaged in the business of operating a retail department store located at 4101 North Vermilion Street, Danville, Illinois to which it invited members of the general public to enter its business and shop for clothing, home goods and various other products.

2. At said time and place, Defendant Walmart Inc., invited the Plaintiff, Rita Conrad, to come upon Defendant's premises to shop and purchase goods available to the general public.

3. At said time and place, it was the duty of Defendant Walmart Inc., to exercise reasonable care and caution so as not to injure Plaintiff, but Defendant, by and through its agents and employees, and disregarding its aforesaid duty, negligently and carelessly injured Plaintiff when she was struck and knocked to the ground by a line of shopping carts being moved into Defendant's store, and, more particularly, Defendant was then and there guilty of one or more of the following negligent acts or omissions:

(A) Failed to keep proper lookout for customers entering and exiting the main

entrance to Defendant's department store;

(B) Pushed an excessively long line of shopping carts into the cart storage area making it difficult to see shoppers entering or exiting the main entrance to the store;

(C) Failed to place pylons or other structures preventing lines of shopping carts from traveling beyond the storage area and into the main area frequented by shoppers as they entered or exited Defendant's department store;

(D) Failed to warn shoppers to be aware of, and to be on the watch-out for, lines of carts being pushed into the storage and main entrance areas,

(E) Failed to have sufficient employees in the area to protect shoppers when lines of shopping carts are being pushed into the storage area.

4. As a direct and proximate result of the Defendant's negligence and the impact of the shopping carts with Plaintiff's body,

(A) Plaintiff's body was greatly bruised, lacerated, and injured, both internally and externally, and she became sore and partially disabled and will remain sore and partially disabled for the rest of her life,

(B) Plaintiff has suffered and will suffer great pain,

(C) Plaintiff has been and will be prevented from attending to her usual and ordinary affairs and duties, and has lost and will lose various gains and profits she otherwise would have made and acquired,

(D) Plaintiff has paid, laid out and expended large sums of money and will be compelled to lay out, pay and expend large sums of money, and incur indebtedness in the effort to be healed and cured of the aforesaid bruises, lacerations and injuries.

WHEREFORE, Plaintiff demands judgment against Defendant Walmart Inc. for a sum in excess of fifty thousand dollars ($50,000.00) plus costs of suit.

Plaintiff demands a trial by jury of this cause.

Gary J. Stokes  
Attorney at Law  
200 North Gilbert  
Danville, IL 61832  
217-431-2503  
gary@stokeslawoffices.com  

Rita Conrad, Plaintiff

BY: _____  
Gary J. Stokes, Her Attorney

EFILED
7/22/2021 10:59 AM
Melissa Quick
Clerk of the Circuit Court
Vermilion County, Illinois
CH, Deputy Clerk

IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT
VERMILION COUNTY, DANVILLE, ILLINOIS

| | |
|---|---|
| Rita Conrad, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 2021L 000033 |
| Walmart Inc., | ) ) ) |
| Defendant. | ) |

### RULE 222 AFFIDAVIT

NOW COMES Gary J. Stokes, being first duly sworn upon his oath, deposes and says:

1. I am an attorney licensed to practice law in the state of Illinois.

2. I represent the Plaintiff, Rita Conrad, in this cause of action.

3. The total money damages sought in this matter exceed Fifty Thousand Dollars ($50,000.00).

AFFIANT

Subscribed and sworn to before me this 20th day of July, 2021.

Notary Public

"OFFICIAL SEAL"
KRISTY M MARTIN
Notary Public, State of Illinois
My Commission Expires 8/20/2022

Gary J. Stokes
Attorney at Law
200 North Gilbert
Danville, Il 61832
gary@stokeslawoffices.com