# IN THE CIRCUIT COURT
# FIFTH CIRCUIT COURT
# VERMILION COUNTY, ILLINOIS

| | |
|---|---|
| Rita Conrad, | ) |
|        Plaintiff, | ) |
|     v. | ) No. 2021-L-33 |
| Walmart Inc., | ) |
|        Defendant. | ) |

### DEFENDANT WALMART INC.'S ANSWER, ADDITIONAL DEFENSES AND JURY DEMAND TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendant Walmart Inc., by and through its attorneys, DeFranco & Bradley PC, for its answer, additional defenses, and jury demand to Plaintiff's Complaint, states:

1. Defendant admits the allegations contained in ¶ 1 of Plaintiff's complaint to the extent that defendant operates a store at 4101 North Vermilion Street, Danville, Illinois.

2. Defendant admits the allegations set forth in ¶ 2 of Plaintiff's complaint to extent that plaintiff was present at defendant's store located at 4101 North Vermilion Street, Danville, Illinois, on September 27, 2019.

3. To the extent ¶ 3 of plaintiff's complaint states a legal conclusion, no response is required. Defendant denies any allegation of fact which is inconsistent with the duties imposed upon it by Illinois law. Defendant denies the allegations that it committed negligent acts or omissions, including subparagraphs (A)-(E).

4. Defendant denies the allegations set forth in ¶ 4 of Plaintiff's complaint and each and every subparagraph thereof.

## ADDITIONAL DEFENSES

A.     Further answering, defendant states that the sole proximate cause of plaintiff's claimed injuries was plaintiff's failure to keep a proper lookout and otherwise exercise due care for her safety by stopping to tie her shoes in front of a row of carts where defendant's employees could not see her.

B.     Further answering, in the alternative, and without waiving its denial of liability, defendant states that plaintiff was contributorily negligent for the reasons set forth above, and that plaintiff should be barred from recovering damages because plaintiff's contributory fault is more than 50% of the proximate cause of the injury or damage for which recovery is sought, pursuant to Sec. 2-1116 of the Code of Civil Procedure (735 ILCS 5/2-1116). In the further alternative, defendant states that if the trier of fact finds that the contributory fault on the part of plaintiff is not more than 50% of the proximate cause of the injury or damage for which recovery is sought, any damages should be diminished in the proportion to the amount of fault attributable to the plaintiff pursuant to Sec. 2-1116 of the Code of Civil Procedure (735 ILCS 5/2-1116).

WHEREFORE, Defendant requests that this court enter judgment in its favor and against Plaintiff and for an award of its costs.

**DEFENDANT DEMANDS TRIAL BY JURY.**

DEFRANCO & BRADLEY PC

By /s/James E. DeFranco
James DeFranco, #6181134
Nicholas C. Martin, #6324298
141 Market Place, Suite 104
Fairview Heights, IL 62208
(618) 628-2000
(618) 628-2007 Fax
defranco@defrancolaw.com
martin@defrancolaw.com
ATTORNEYS FOR DEFENDANT

## PROOF OF SERVICE

I hereby certify that on the 16th day September 2021, I electronically filed the attached document via Odyssey eFileIL which will send notification of such filings(s) to the following, and that I sent a copy of same on this date via e-mail to the following:

Gary Stokes
200 North Gilbert
Danville, IL 61832
217.431.2503
ATTORNEY FOR PLAINTIFF

DEFRANCO & BRADLEY PC

By /s/James E. DeFranco
James DeFranco, #6181134
Nicholas C. Martin, #6324298
141 Market Place, Suite 104
Fairview Heights, IL 62208
(618) 628-2000
(618) 628-2007 Fax
defranco@defrancolaw.com
martin@defrancolaw.com
ATTORNEYS FOR DEFENDANT