**IN THE CIRCUIT COURT
FIFTH JUDICIAL CIRCUIT
VERMILION COUNTY, ILLINOIS**

RITA CONRAD,                              )
                                          )
              Plaintiff,                  )
                                          )
vs.                                       )          Case No. 2021-L-0033
                                          )
WALMART INC.,                             )
                                          )
              Defendant.                  )

### **ENTRY OF APPEARANCE**

Now come James E. DeFranco and Nicholas C. Martin of the law firm of DeFranco & Bradley, P.C., and hereby enter their appearance as attorneys of record for defendant, Walmart, Inc.

DeFRANCO & BRADLEY, P.C.


By /s/ James E. DeFranco
      James E. DeFranco, #6181134
      Nicholas C. Martin, #6324298
      141 Market Place, Suite 104
      Fairview Heights, IL 62208
      (618) 628-2000
      (618) 628-2007 Fax
      defranco@defrancolaw.com
      martin@defrancolaw.com
      ATTORNEYS FOR DEFENDANT

## PROOF OF SERVICE

I hereby certify that on the 16th day September 2021, I electronically filed the attached

document via Odyssey eFileIL which will send notification of such filings(s) to the following, and

that I sent a copy of same on this date via e-mail to the following:

Gary Stokes
Attorney at Law
200 North Gilbert
Danville, Illinois 61832
217-431-2503
gary@stokeslawoffices.com
Counsel for Plaintiff


DeFRANCO & BRADLEY, P.C.


By /s/ James E. DeFranco
       James E. DeFranco, #6181134
       Nicholas C. Martin, #6324298
       141 Market Place, Suite 104
       Fairview Heights, IL 62208
       (618) 628-2000
       (618) 628-2007 Fax
       defranco@defrancolaw.com
       martin@defrancolaw.com
       ATTORNEYS FOR DEFENDANT