**IN THE CIRCUIT COURT**
**FIFTH JUDICIAL CIRCUIT**
**VERMILION COUNTY, ILLINOIS**

| | | |
|---|---|---|
| RITA CONRAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2021-L-0033 |
| | ) | |
| WALMART INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   Clerk of Vermilion County

YOU ARE HEREBY NOTIFIED that defendant, Walmart Inc., did on the 26th day of April 2022, file in the United States District Court for the Central District of Illinois, a Notice for Removal, together with copies of all process, pleadings and orders served upon them in a certain civil action pending in the Circuit Court for the Fifth Judicial Circuit, Vermilion County, Illinois, Cause No. 2021-L-0033.

RYNEARSON, SUESS, SCHNURBUSCH &
CHAMPION LLC.

By /s/   James E. DeFranco
James E. DeFranco, #6181134
Nicholas C. Martin, #6324298
141 Market Place, Suite 104
Fairview Heights, IL 62208
(618) 628-2000
(618) 628-2007 Fax
jdefranco@rssclaw.com
nmartin@rssclaw.com
ATTORNEYS FOR DEFENDANT

**PROOF OF SERVICE**

I hereby certify that on the 26th day of April 2022, I electronically filed the attached document via Odyssey eFileIL which will send notification of such filings(s) to the following, and that I sent a copy of same on this date via e-mail to the following:

Gary Stokes
Attorney at Law
200 North Gilbert
Danville, Illinois 61832
217-431-2503
gary@stokeslawoffices.com
Counsel for Plaintiff

        RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION LLC.

        By /s/ James E. DeFranco
        James E. DeFranco, #6181134
        Nicholas C. Martin, #6324298
        141 Market Place, Suite 104
        Fairview Heights, IL 62208
        (618) 628-2000
        (618) 628-2007 Fax
        jdefranco@rssclaw.com
        nmartin@rssclaw.com
        ATTORNEYS FOR DEFENDANT